UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT JONES,

    Plaintiff,                                                       CASE NO. 11-12134

v.                                                                   Hon. Lawrence P. Zatkoff

PRISON HEALTH SERVICES, et al.,

    Defendants,
_____/

OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORTS AND RECOMMENDATIONS

        Plaintiff filed this case pursuant to 42 U.S.C. § 1983, alleging that Defendants violated his rights by denying, or at least delaying, medical care with respect to his cancer. Plaintiff was in state prison when he filed this case but he was released on or about July 11, 2011. This matter is currently before the Court on two Reports and Recommendations prepared by Magistrate Judge Laurie Michelson's, wherein the Magistrate Judge recommended that: (1) Plaintiff's Motion for Preliminary Injunction (Docket #s 3) be denied; (2) Plaintiff's Motion for Leave to Proceed under a Fictitious Name (Docket #4) be denied, and (3) Plaintiff's Motion for the Appointment of Counsel (Docket #9) be denied. Plaintiff timely filed an objection to the Report and Recommendation that recommended that this Court deny the Motion to Proceed under a Fictitious Name and the Motion for Appointment of Counsel. Plaintiff did not file an objection to the Report and Recommendation recommending the denial of the Motion for Preliminary Injunction.

        After a thorough review of the court file (including Plaintiff's motions and the parties' briefs), the Reports and Recommendations, and Plaintiff's objection to the Report and Recommendation regarding the Motion to Proceed under a Fictitious Name and the Motion for Appointment of Counsel, this Court will adopt both Reports and Recommendations and enter them as the findings and conclusions of this Court.

Therefore, for the reasons stated above, the Court hereby ORDERS that:

    (1)    Plaintiff's Motion for Preliminary Injunction (Docket #s 3) is DENIED;

    (2)    Plaintiff's Motion for Leave to Proceed under a Fictitious Name (Docket #4) is DENIED; and

    (3)    Plaintiff's Motion for the Appointment of Counsel (Docket #9) is DENIED.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: October 24, 2011