UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT JONES,

    Plaintiff,

                                             Case No. 11-12134

v.                                            Hon. Lawrence P. Zatkoff

PRISON HEALTH SERVICES, *et al.*,

    Defendants.

                                            /

**ORDER ADOPTING REPORT AND RECOMMENDATION**

        Plaintiff, proceeding *pro se*, filed a complaint with the Court alleging that Defendants—Prison Health Services; Doctors Pragna Pandya, David Sharp, Adam Edelman, Zavit Cohen, Yasir Zaidi, John Doe 1-20; and the Michigan Department of Corrections— violated his civil rights by denying or delaying medical care for his alleged cancer [dkt 1]. Defendant Yasir Zaidi ("Zaidi") moved for dismissal on the grounds that, *inter alia*, he is not a state actor [dkt 62]. The matter currently before the Court is Magistrate Judge Michelson's Report and Recommendation [dkt 73], in which the Magistrate Judge recommends granting Zaidi's motion. Plaintiff has not filed objections to the Report and Recommendation and the time period within which he must do so has expired. The Court has thoroughly reviewed the court file, Zaidi's motion, and the Magistrate Judge's Report and Recommendation. Based on this review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court

Accordingly, IT IS HEREBY ORDERED that the Zaidi's motion to dismiss [dkt 62] is GRANTED.

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: July 17, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 17, 2012.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290