UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT JONES

    Plaintiff,

v.                                             Case No. 11-12134
                                                 Hon. Lawrence P. Zatkoff

PRISON HEALTH
SERVCES, *et al.*,

    Defendants.

_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 88], in which the Magistrate Judge recommends that the Court dismiss with prejudice Plaintiff's Complaint [dkt 1]. No objections were filed to the Magistrate Judge's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

    The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Complaint [dkt 1] is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

                                                        s/Lawrence P. Zatkoff
                                                         Hon. Lawrence P. Zatkoff
Date: January 13, 2014                                 U.S. District Judge